799 S.E.2d 910

## RE: AMENDMENT TO RULE 25, SOUTH CAROLINA RULES OF FAMILY COURT

Appellate Case No. 2016-000439

Supreme Court of South Carolina.

May 1, 2017

## ORDER

On January 30, 2017, this Court submitted an order amending Rule 25 of the South Carolina Rules of Family Court to the General Assembly pursuant to Article V, § 4A of the South Carolina Constitution. Since ninety days have passed since submission without rejection by the General Assembly, the amendment is effective immediately.

s/Donald W. Beatty, C.J.

s/John W. Kittredge, J.

s/Kaye G. Hearn, J.

s/John Cannon Few, J.